# United States Bankruptcy Court
## Western District of Washington

| In re | Patricia Louise Smithson<br>Kenneth Lynden Smithson | | Case No. | **13-46375** |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | **11** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Credit Serv<br>Disputed fees -<br>late, overlimit,<br>interest etc.** | | **4,916.00** |
| **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Credit Serv<br>Disputed fees -<br>late, overlimit,<br>interest etc.** | | **705.00** |
| **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Credit Serv<br>Disputed fees -<br>late, overlimit,<br>interest etc.** | | **389.00** |
| **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Capital One<br>701 Liberty Way<br>Chester, VA 23836** | **Credit Serv<br>Disputed fees -<br>late, overlimit,<br>interest etc.** | | **Unknown** |
| **Chase Bank<br>PO Box 94014<br>Palatine, IL 60094-4014** | **Chase Bank<br>PO Box 94014<br>Palatine, IL 60094-4014** | **902 66th Ave E.<br>Fife (Tacoma), WA<br>98424, Lot Acres:<br>0.2899, Building<br>SQF: 2,750,<br>Bedrooms: 3,<br>Baths: 4, Effective<br>Year Built: 1981,<br>Appraisal Valuatio** | | **43,017.00<br>(225,000.00<br>secured)<br>(377,060.50<br>senior lien)** |
| **IRS Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346** | **IRS Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346** | **2009 Taxes owed<br>per Audit - appeal<br>pending** | | **10,000.00** |
| **IRS Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346** | **IRS Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346** | **2011 Taxes owed<br>per Audit - appeal<br>pending** | | **9,589.93** |

In re   **Patricia Louise Smithson**
      **Kenneth Lynden Smithson**

Case No.   **13-46375**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **IRS Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | **IRS Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | **2010 Taxes owed per Audit - appeal pending** | | **9,394.00** |
| **Macy's Bankruptcy Processing**<br>**PO Box 8053**<br>**Mason, OH 45040** | **Macy's Bankruptcy Processing**<br>**PO Box 8053**<br>**Mason, OH 45040** | **Credit Serv Disputed fees - late, overlimit, interest etc.** | | **1,974.00** |
| **Ocwen Loan Servicing**<br>**12650 Ingenuity Dr.**<br>**Orlando, FL 32836** | **Ocwen Loan Servicing**<br>**12650 Ingenuity Dr.**<br>**Orlando, FL 32836** | **624 66th Ave E., Fife (Tacoma), WA 98424, Lot Acres: 5, Building SQF: 1,708, Bedrooms: 2, Baths: 2, Effective Year Built: 1978, Appraisal Valuation 10** | | **472,458.79**<br><br>**(250,000.00 secured)** |
| **Ocwen Loan Servicing, LLC**<br>**3700 J. St. SW Suite 222**<br>**Cedar Rapids, IA 52404** | **Ocwen Loan Servicing, LLC**<br>**3700 J. St. SW Suite 222**<br>**Cedar Rapids, IA 52404** | **74 17th Ave. Milton, WA 98354, Lot Acres: 0.2215, Building SQF: 1,520, Bedrooms: 3, Baths: 3, Year Built: 1983** | | **213,674.84**<br><br>**(175,000.00 secured)** |
| **OneWest Bank Bank**<br>**PO Box 829009**<br>**Dallas, TX 75382-9009** | **OneWest Bank Bank**<br>**PO Box 829009**<br>**Dallas, TX 75382-9009** | **902 66th Ave E. Fife (Tacoma), WA 98424, Lot Acres: 0.2899, Building SQF: 2,750, Bedrooms: 3, Baths: 4, Effective Year Built: 1981, Appraisal Valuatio** | | **377,060.50**<br><br>**(225,000.00 secured)** |
| **Orchard Bank**<br>**HSBC Cards Services**<br>**POB 60102**<br>**City of Industry, CA 91716** | **Orchard Bank**<br>**HSBC Cards Services**<br>**POB 60102**<br>**City of Industry, CA 91716** | **Credit Serv Disputed fees - late, overlimit, interest etc.** | | **2,931.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re  **Patricia Louise Smithson**
**Kenneth Lynden Smithson**
_____
Debtor(s)

Case No.  **13-46375**  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>_Name of creditor and complete mailing address including zip code_ | (2)<br><br>_Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | (3)<br><br>_Nature of claim (trade debt, bank loan, government contract, etc.)_ | (4)<br><br>_Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | (5)<br><br>_Amount of claim [if secured, also state value of security]_ |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    We, **Patricia Louise Smithson** and **Kenneth Lynden Smithson**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date  **November 7, 2013**  _____    Signature  **/s/ Patricia Louise Smithson**_____
                                                     **Patricia Louise Smithson**
                                                     Debtor

Date  **November 7, 2013**  _____    Signature  **/s/ Kenneth Lynden Smithson**_____
                                                        **Kenneth Lynden Smithson**
                                                       Joint Debtor

    _Penalty for making a false statement or concealing property_:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Patricia Louise Smithson,**
       **Kenneth Lynden Smithson**

Debtors    ,

Case No.    **13-46375**

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 750,000.00 | | |
| B - Personal Property | Yes | 4 | 166,733.80 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,156,211.13 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 28,983.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 10,915.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 13,042.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 13,256.82 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 916,733.80 | | |
| Total Liabilities | | | | 1,196,110.06 | |

.

# United States Bankruptcy Court
## Western District of Washington

In re    **Patricia Louise Smithson,**
       **Kenneth Lynden Smithson**

                                      Debtors    ,

Case No.    **13-46375**

Chapter              **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 28,983.93 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 28,983.93 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 13,042.96 |
| Average Expenses (from Schedule J, Line 18) | 13,256.82 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 10,858.52 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 456,211.13 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 28,983.93 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 10,915.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 467,126.13 |

In re   **Patricia Louise Smithson,**                Case No.   **13-46375**
       **Kenneth Lynden Smithson**

                         Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **902 66th Ave E. Fife (Tacoma), WA 98424, Lot Acres: 0.2899, Building SQF: 2,750, Bedrooms: 3, Baths: 4, Effective Year Built: 1981, Appraisal Valuation 10/9/13: $225,000.00** | | C | 225,000.00 | 420,077.50 |
| **74 17th Ave. Milton, WA 98354, Lot Acres: 0.2215, Building SQF: 1,520, Bedrooms: 3, Baths: 3, Year Built: 1983** | | C | 175,000.00 | 213,674.84 |
| **624 66th Ave E., Fife (Tacoma), WA 98424, Lot Acres: 5, Building SQF: 1,708, Bedrooms: 2, Baths: 2, Effective Year Built: 1978, Appraisal Valuation 10/9/13: $250,000.00** | | C | 250,000.00 | 472,458.79 |
| **Vacant Lots: APN 581003000/5810020000. Tax Valuation: $100,000** | | C | 100,000.00 | 50,000.00 |

|  |  |  |
|---|---|---|
| Sub-Total > | 750,000.00 | (Total of this page) |
| Total > | 750,000.00 | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re   **Patricia Louise Smithson,**
       **Kenneth Lynden Smithson**

Case No.    **13-46375**

                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on hand** | **C** | **200.00** |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Checking xxxx1827** | **C** | **253.08** |
| | | **Wells Fargo Checking xxxx3719** | **C** | **154.54** |
| | | **Wells Fargo Checking xxxx5281** | **C** | **9.80** |
| | | **Wells Fargo Savings xxxx3583** | **C** | **6,262.18** |
| | | **WSECU Savings xxxx70-S01** | **C** | **724.65** |
| | | **WSECU Checking xxxx70-S09** | **C** | **1,319.58** |
| | | **Sound Credit Union xxxx86-S10** | **C** | **59.02** |
| | | **WSECU Savings xxxx70-S02** | **C** | **2,700.00** |
| | | **Funds in Iwama Law Firm Attorney Trust Account** | **C** | **4,063.28** |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | **X** | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Assorted household goods** | **C** | **15,000.00** |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | **X** | | | |
| 6.   Wearing apparel. | | **Wearing apparel for two adults** | **C** | **600.00** |
| 7.   Furs and jewelry. | **X** | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | **X** | | | |

                                    Sub-Total >         **31,346.13**
                                    (Total of this page)

    **3**   continuation sheets attached to the Schedule of Personal Property

In re   **Patricia Louise Smithson,**
        **Kenneth Lynden Smithson**

Case No. ___13-46375___

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Dawson Land Company LLC: Arizona State LLC. Principal place of business: 902,66th Ave E. Tacoma WA. Manager: Pat Smithson, Member: Pat L. Smithson 401K Profit Sharing Plan 100% Assets: Oroville Lot 4 Tax ID 5810040000 - $49,500 tax assessed value. Fife Commercial Bank Account xxxx4311 $3,447.35** | C | 52,947.35 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Aegis International LLC - Debtor has 10% interest in LLC. Joint Debtor has 20% interest in LLC. Son - 35%, Son - 35% 1977 Cessna Skyhawk.** | C | 12,000.00 |
| | | **Vista Estates LLC - no income. Fife Commercial Bank Account xxxx3305 $2,798.32** | C | 2,798.32 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >       67,745.67
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Patricia Louise Smithson,**
         **Kenneth Lynden Smithson**                           ,        Case No.    **13-46375**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Ford Mustang, Mileage: 120,000, Condition: Good, KBB Trade in Value: $10,993.00** | C | 10,993.00 |
| | | **1971 Mercury Cougar, Mileage: 250,000, Debtor Stated value of $1,000.00** | C | 1,000.00 |
| | | **2001 Ford Mustang, Mileage: 175,000, Condition: Good, KBB Trade in Value: $2,559.00** | C | 2,559.00 |
| | | **1996 Ford Mustang, Mileage: 225,000, Condition: Good, KBB Trade in Value: $2,290.00** | C | 2,290.00 |
| | | **1970 Chevrolet Corvette, Mileage: 300,000, Debtor Stated Value of $900.00** | C | 900.00 |
| 26. Boats, motors, and accessories. | X | | | |

Sub-Total >     17,742.00<br>(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re    **Patricia Louise Smithson,**
        **Kenneth Lynden Smithson**                       Case No.    **13-46375**

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment** | C | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **2 Cats** | C | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Non-Refundable Damage Deposit for Renter in 624 66th Ave Rental** | C | 1,000.00 |
| | | **Pending Lawsuit against Regional Trustee Services Corp.** | C | Unknown |
| | | **Funds Garnished from Wells Fargo Bank account by IRS** | C | 19,000.00 |
| | | **Fraudulent transfer to Right to Cancel** | C | 3,000.00 |
| | | **Advance Fee Deposit to Attorney Jonathan Smith** | C | 2,500.00 |
| | | **Fraudulent transfer to QGroup** | C | 3,500.00 |
| | | **Fraudulent Transfer to Kaslow & Kramer Law Offices** | C | 3,500.00 |
| | | **Fraudulent Transfer to Spire Law Group** | C | 17,000.00 |

|  |  |
|---|---|
| Sub-Total > | 49,900.00 |
| (Total of this page) | |
| Total > | 166,733.80 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re    **Patricia Louise Smithson,**              Case No.   **13-46375**
         **Kenneth Lynden Smithson**

,
                                    Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
■ 11 U.S.C. §522(b)(2)                                                        *with respect to cases commenced on or after the date of adjustment.)*
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **624 66th Ave E., Fife (Tacoma), WA 98424, Lot Acres: 5, Building SQF: 1,708, Bedrooms: 2, Baths: 2, Effective Year Built: 1978, Appraisal Valuation 10/9/13: $250,000.00** | 11 U.S.C. § 522(d)(1) | 0.00 | 250,000.00 |
| **Cash on Hand** | | | |
| **Cash on hand** | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Wells Fargo Checking xxxx1827** | 11 U.S.C. § 522(d)(5) | 253.08 | 253.08 |
| **Wells Fargo Checking xxxx3719** | 11 U.S.C. § 522(d)(5) | 154.54 | 154.54 |
| **Wells Fargo Checking xxxx5281** | 11 U.S.C. § 522(d)(5) | 9.80 | 9.80 |
| **Wells Fargo Savings xxxx3583** | 11 U.S.C. § 522(d)(5) | 6,262.18 | 6,262.18 |
| **WSECU Savings xxxx70-S01** | 11 U.S.C. § 522(d)(5) | 724.65 | 724.65 |
| **WSECU Checking xxxx70-S09** | 11 U.S.C. § 522(d)(5) | 1,319.58 | 1,319.58 |
| **Sound Credit Union xxxx86-S10** | 11 U.S.C. § 522(d)(5) | 59.02 | 59.02 |
| **WSECU Savings xxxx70-S02** | 11 U.S.C. § 522(d)(5) | 2,700.00 | 2,700.00 |
| **Wearing Apparel** | | | |
| **Wearing apparel for two adults** | 11 U.S.C. § 522(d)(3) | 600.00 | 600.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Dawson Land Company LLC: Arizona State LLC. Principal place of business: 902,66th Ave E. Tacoma WA. Manager: Pat Smithson, Member: Pat L. Smithson 401K Profit Sharing Plan 100% Assets: Oroville Lot 4 Tax ID 5810040000 - $49,500 tax assessed value. Fife Commercial Bank Account xxxx4311 $3,447.35** | 11 U.S.C. § 522(d)(12) | 52,947.35 | 52,947.35 |
| **Stock and Interests in Businesses** | | | |
| **Aegis International LLC - Debtor has 10% interest in LLC. Joint Debtor has 20% interest in LLC. Son - 35%, Son - 35% 1977 Cessna Skyhawk.** | 11 U.S.C. § 522(d)(5) | 12,000.00 | 40,000.00 |
| **Vista Estates LLC - no income. Fife Commercial Bank Account xxxx3305 $2,798.32** | 11 U.S.C. § 522(d)(5) | 1,767.15 | 2,798.32 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Case 13-46375-BDL    Doc 16    Filed 11/07/13    Ent. 11/07/13 22:01:12    Pg. 11 of 39

In re   **Patricia Louise Smithson,**
      **Kenneth Lynden Smithson**

Case No.   **13-46375**

,
                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2006 Ford Mustang, Mileage: 120,000, Condition: Good, KBB Trade in Value: $10,993.00** | **11 U.S.C. § 522(d)(2)** | **7,350.00** | **10,993.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Office Equipment** | **11 U.S.C. § 522(d)(3)** | **350.00** | **350.00** |

| | Total: | **86,697.35** | **369,371.52** |
|---|---|---|---|

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

In re **Patricia Louise Smithson,**    Case No. ___**13-46375**___
       **Kenneth Lynden Smithson**
                                    ,
                          Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx9636 <br><br>**Chase Bank**<br>**PO Box 94014**<br>**Palatine, IL 60094-4014** | | C | **10/2007**<br>**Second Mortgage**<br>**902 66th Ave. Fife (Tacoma), WA 98424, Lot Acres: 0.2899, Building SQF: 2,750, Bedrooms: 3, Baths: 4, Effective Year Built: 1981, Appraisal Valuation 10/9/13: $225,000.00** | | | | | |
| | | | Value $                    **225,000.00** | | | | **43,017.00** | **43,017.00** |
| Account No. xxx53-06 <br><br>**Guy & Patricia Fisher**<br>**33556 Hwy 97**<br>**Oroville, WA 98844** | | C | **04/2006**<br><br>**First Mortgage**<br><br>**Vacant Lots: APN 581003000/5810020000. Tax Valuation: $100,000** | | | | | |
| | | | Value $                    **100,000.00** | | | | **50,000.00** | **0.00** |
| Account No. xxxxxx1634 <br><br>**Ocwen Loan Servicing**<br>**12650 Ingenuity Dr.**<br>**Orlando, FL 32836** | | C | **07/2006**<br>**First Mortgage**<br>**624 66th Ave E., Fife (Tacoma), WA 98424, Lot Acres: 5, Building SQF: 1,708, Bedrooms: 2, Baths: 2, Effective Year Built: 1978, Appraisal Valuation 10/9/13: $250,000.00** | | | | | |
| | | | Value $                    **250,000.00** | | | | **472,458.79** | **222,458.79** |
| Account No. xxxxxx3153 <br><br>**Ocwen Loan Servicing, LLC**<br>**3700 J. St. SW Suite 222**<br>**Cedar Rapids, IA 52404** | | C | **06/2007**<br><br>**First Mortgage**<br><br>**74 17th Ave. Milton, WA 98354, Lot Acres: 0.2215, Building SQF: 1,520, Bedrooms: 3, Baths: 3, Year Built: 1983** | | | | | |
| | | | Value $                    **175,000.00** | | | | **213,674.84** | **38,674.84** |

___1___  continuation sheets attached

Subtotal
(Total of this page)        **779,150.63**        **304,150.63**

In re **Patricia Louise Smithson,**
    **Kenneth Lynden Smithson**

Case No.   **13-46375**

Debtors,

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4934** <br><br> **OneWest Bank Bank** <br> **PO Box 829009** <br> **Dallas, TX 75382-9009** | | C | **07/2007** <br> **First Mortgage** <br> **902 66th Ave E. Fife (Tacoma), WA 98424, Lot Acres: 0.2899, Building SQF: 2,750, Bedrooms: 3, Baths: 4, Effective Year Built: 1981, Appraisal Valuation 10/9/13: $225,000.00** | | | | | |
| | | | Value $      **225,000.00** | | | | **377,060.50** | **152,060.50** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **377,060.50** | **152,060.50** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,156,211.13** | **456,211.13** |

In re    **Patricia Louise Smithson,**
        **Kenneth Lynden Smithson**                                      Case No.    **13-46375**

                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    **1**      continuation sheets attached

In re   **Patricia Louise Smithson,**          Case No.   **13-46375**
        **Kenneth Lynden Smithson**

                                             Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx/xxxx7737** <br><br> **IRS Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | C | | **2009** <br><br> **2009 Taxes owed per Audit - appeal pending** | | | | **10,000.00** | **0.00** | **10,000.00** |
| Account No. **xxxxxxxx/xxxx7737** <br><br> **IRS Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | C | | **2010** <br><br> **2010 Taxes owed per Audit - appeal pending** | | | | **9,394.00** | **0.00** | **9,394.00** |
| Account No. **xxxxxxxx/xxxx7737** <br><br> **IRS Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | C | | **2011** <br><br> **2011 Taxes owed per Audit - appeal pending** | | | | **9,589.93** | **0.00** | **9,589.93** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **28,983.93** | **0.00** <br> **28,983.93** |
| Total (Report on Summary of Schedules) | **28,983.93** | **0.00** <br> **28,983.93** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

In re   **Patricia Louise Smithson,**
**Kenneth Lynden Smithson**

Case No.    **13-46375**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxx-xxxxxx-x4584<br><br>**American Express**<br>**POB 650448**<br>**Dallas, TX 75265** | | | | C | **11/2006-present**<br>**For notice purposes on account believed to have been satisfied** | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-7876<br><br>**Capital One**<br>**701 Liberty Way**<br>**Chester, VA 23836** | | | | C | **09/2010-present**<br>**Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | 705.00 |
| Account No. xxxx-xxxx-xxxx-7817<br><br>**Capital One**<br>**701 Liberty Way**<br>**Chester, VA 23836** | | | | C | **06/2003-present**<br>**Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | 389.00 |
| Account No. xxxx-xxxx-xxxx-0569<br><br>**Capital One**<br>**701 Liberty Way**<br>**Chester, VA 23836** | | | | C | **03/2003-present**<br>**Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | 4,916.00 |

  **2**   continuation sheets attached

Subtotal
(Total of this page)

6,010.00

In re **Patricia Louise Smithson,**
    **Kenneth Lynden Smithson**

Case No.    **13-46375**

_____,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3769** <br><br> **Capital One** <br> **701 Liberty Way** <br> **Chester, VA 23836** | C | | Unknown <br> **Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | **Unknown** |
| Account No. <br><br> **ChexSystems** <br> **Attn: Consumer Relations** <br> **7805 Hudson Rd** <br> **Suite 100** <br> **Woodbury, MN 55125** | C | | **Notify Only** | | | | **0.00** |
| Account No. <br><br> **Equifax Credit Information, IN** <br> **POB 740241** <br> **Atlanta, GA 30374** | C | | **Notify Only** | | | | **0.00** |
| Account No. <br><br> **Experian** <br> **POB 2002** <br> **Allen, TX 75013** | C | | **Notify Only** | | | | **0.00** |
| Account No. **xxxxxxxx5320** <br><br> **Macy's Bankruptcy Processing** <br> **PO Box 8053** <br> **Mason, OH 45040** | C | | **11/2003-present** <br> **Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | **1,974.00** |

Sheet no. **1** of **2** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,974.00**

In re **Patricia Louise Smithson,**
      **Kenneth Lynden Smithson**

Case No. **13-46375**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3319** <br><br> **Orchard Bank** <br> **HSBC Cards Services** <br> **POB 60102** <br> **City of Industry, CA 91716** | | C | **02/2004-present** <br> **Credit Serv Disputed fees - late, overlimit, interest etc.** | | | | **2,931.00** |
| Account No. <br><br> **TransUnion Consumer Solutions** <br> **POB 2000** <br> **Chester, PA 19022** | | C | **Notify Only** | | | | **0.00** |
| Account No. **xxxxxxxx3594** <br><br> **Visa** <br> **Cardmember Service** <br> **POB 94014** <br> **Palatine, IL 60094-4014** | | C | **11/2006-present** <br> **For notice purposes on account believed to have been satisfied** | | | | **0.00** |
| Account No. <br><br> **Wells Fargo** <br> **PO Box 30427** <br> **Los Angeles, CA 90030** | | C | | | | | **0.00** |
| Account No. <br><br> | | | | | | | |

Sheet no. **2** of **2** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **2,931.00** |
| Total (Report on Summary of Schedules) | **10,915.00** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

In re **Patricia Louise Smithson,**
    **Kenneth Lynden Smithson**

Case No.   **13-46375**

Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Auburn Municipal Airport**<br>**400 23rd St. NE**<br>**Auburn, WA 98002** | **Airplane Hanger Rental. $320.00 a month.** |
| **Ernest Carrillo**<br>**624 66th Ave E.**<br>**Tacoma, WA 98424** | **Monthly Rental Contract - $1,000.00 a month.** |
| **Stephanie Spencer & Ron Doerr**<br>**74 17th Ave.**<br>**Milton, WA 98354** | **Monthly Rental Contract - $1,200.00 a month** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re     **Patricia Louise Smithson,**
             **Kenneth Lynden Smithson**                   Case No.    **13-46375**

                                      Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

In re  **Patricia Louise Smithson**
**Kenneth Lynden Smithson**
                 Debtor(s)        Case No.  **13-46375**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Project Director** | |
| Name of Employer | **Superintendent of Public Instruction** | |
| How long employed | **7 years** | |
| Address of Employer | **PO Box 47200** **Olympia, WA 98504-7200** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,985.53** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | |
| | | | | |
| 3. SUBTOTAL | $ | **5,985.53** | $ | **0.00** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **965.85** | $ | **0.00** |
|    b. Insurance | $ | **257.71** | $ | **0.00** |
|    c. Union dues | $ | **0.00** | $ | **0.00** |
|    d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,223.56** | $ | **0.00** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,761.97** | $ | **0.00** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): **Social Security** | $ | **0.00** | $ | **1,167.00** |
|              **Social Security** | $ | **2,245.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **2,668.99** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): **624 66th Ave Rent** | $ | **1,000.00** | $ | **0.00** |
|              **74 17th Ave Rent** | $ | **1,200.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **7,113.99** | $ | **1,167.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **11,875.96** | $ | **1,167.00** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **13,042.96** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Patricia Louise Smithson**
**Kenneth Lynden Smithson**      Case No.   **13-46375**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,563.42 |
|    a. Are real estate taxes included?    Yes __X__    No ___ | | |
|    b. Is property insurance included?    Yes ___    No __X__ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 281.00 |
|            b. Water and sewer | $ | 0.00 |
|            c. Telephone | $ | 58.00 |
|            d. Other   **See Detailed Expense Attachment** | $ | 451.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 1,000.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 164.91 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 350.00 |
|            d. Auto | $ | 141.96 |
|            e. Other   **See Detailed Expense Attachment** | $ | 143.32 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 6,253.21 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 13,256.82 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| **20. STATEMENT OF MONTHLY NET INCOME** | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 13,042.96 |
| b.   Average monthly expenses from Line 18 above | $ | 13,256.82 |
| c.   Monthly net income (a. minus b.) | $ | -213.86 |

In re   **Patricia Louise Smithson**
      **Kenneth Lynden Smithson**               Case No.   **13-46375**

                                  Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Garbage | $ | 36.00 |
| Cell Phones | $ | 258.00 |
| Comcast | $ | 157.00 |
| **Total Other Utility Expenditures** | $ | **451.00** |

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| 74 17th Rental Property Insurance | $ | 66.66 |
| 624 66th Rental Property Insurance | $ | 76.66 |
| **Total Other Insurance Expenditures** | $ | **143.32** |

**Other Expenditures:**

| | | |
|---|---|---:|
| 74 17th Rental Mortgage (inc. taxes) | $ | 1,771.41 |
| 624 66th Rental Mortgage (inc. taxes) | $ | 4,161.80 |
| Auburn Airport Hanger | $ | 320.00 |
| **Total Other Expenditures** | $ | **6,253.21** |

# United States Bankruptcy Court
## Western District of Washington

In re    **Patricia Louise Smithson**
       **Kenneth Lynden Smithson**

Debtor(s)

Case No.    **13-46375**

Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **21** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **November 7, 2013**        Signature    **/s/ Patricia Louise Smithson**

                                             **Patricia Louise Smithson**
                                             Debtor

Date    **November 7, 2013**        Signature    **/s/ Kenneth Lynden Smithson**

                                             **Kenneth Lynden Smithson**
                                             Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    Patricia Louise Smithson
      Kenneth Lynden Smithson            Case No.   **13-46375**

                             Debtor(s)        Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $56,395.50 | 2013 YTD: Wife State of Washington |
| $64,404.00 | 2012: Wife State of Washington |
| $66,248.00 | 2011: Wife State of Washington |
| $1.00 | 2013 YTD: Wife Market Connect Group Inc. |
| $2,763.00 | 2012: Wife Market Connect Group Inc. |
| $5,184.00 | 2011: Wife Market Connect Group Inc. |
| $0.00 | 2013 YTD: Husband Business Consultation Gross Income |
| $0.00 | 2012: Husband Business Consultation Gross Income |
| $2,100.00 | 2011: Husband Business Consultation Gross Income |
| $0.00 | 2013 YTD: Wife Aegis International LLC Gross Income |

| AMOUNT | SOURCE |
|--------|--------|
| **$1,341.00** | **2012: Wife Aegis International LLC Gross Income** |
| **$4,950.00** | **2011: Wife Aegis International LLC Gross Income** |
| **$12,000.00** | **2013 YTD: Both 74 17th Ave Gross Rental Income** |
| **$14,400.00** | **2012: Both 74 17th Ave Gross Rental Income** |
| **$14,400.00** | **2011: Both 74 17th Ave Gross Rental Income** |
| **$10,000.00** | **2013 YTD: Both 624 66th Ave Gross Rental Income** |
| **$9,600.00** | **2012: Both 624 66th Ave Gross Rental Income** |
| **$6,000.00** | **2011: Both 624 66th Ave Gross Rental Income** |
| **$0.00** | **2013 YTD: Husband Law Office of Lynden Smithson** |
| **$3,535.00** | **2012: Husband Law Office of Lynden Smithson** |
| **$0.00** | **2011: Husband Law Office of Lynden Smithson** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$26,689.90** | **2013 YTD: Wife State of WA Dept. of Retirement** |
| **$33,312.00** | **2012: Wife State of WA Dept. of Retirement** |
| **$32,951.00** | **2011: Wife State of WA Dept. of Retirement** |
| **$34,120.00** | **2013 YTD: Both Combined Social Security** |
| **$40,221.00** | **2012: Both Combined Social Security** |
| **$39,828.00** | **2011: Both Combined Social Security** |

**3. Payments to creditors**

None ☐

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **IRS Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | | **$19,000.00** | **$21,000.00** |

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■  c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **PATRICIA SMITHSON VS. REGIONAL TRUSTEE SERVICES CORP.** | **Foreclosure** | **SUPERIOR COURT OF KING COUNTY** | **Pending** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Right to Cancel** | | **$3,000.00** |
| **QGroup** | | **$3,500.00** |
| **Kaslow & Kramer Law Offices** | | **$3,500.00** |
| **Spire Law Group** | | **$17,000.00** |
| **The Gartland Group**<br>**78900 Ave 47, Suite 112**<br>**La Quinta, CA 92253** | | **$4,000.00** |
| **NW Accounting**<br>**3700 Pacific Hwy. Suite 300**<br>**Tacoma, WA 98424** | | **$3,000.00** |
| **Jonathan Smith**<br>**Advantage Legal Group**<br>**12207 NE 8th St.**<br>**Bellevue, WA 98005-3113** | | **$2,500.00** |
| **Ha Dao**<br>**Grand Central Law, PLLC**<br>**787 Maynard Ave. S.**<br>**Seattle, WA 98104-2987** | | **$7,000.00** |
| **Iwama Law Firm**<br>**333 5th Ave S**<br>**Kent, WA 98032** | **10/10/13** | **$936.72** |
| **Abacus Credit Counseling**<br>**3413 Alginet Drive**<br>**Encino, CA 91436** | **6/10/13, 10/9/13** | **$50.00** |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

#### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

#### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                 NAME USED                             DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF         ENVIRONMENTAL
                               GOVERNMENTAL UNIT        NOTICE          LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS        NAME AND ADDRESS OF        DATE OF         ENVIRONMENTAL
                               GOVERNMENTAL UNIT        NOTICE          LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                        DOCKET NUMBER                 STATUS OR DISPOSITION

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Dawson Land Company, LLC** | 602570239 | **902 66th Ave E. Tacoma, WA 98424** | **Investment Properties LLC** | **01/2003-present** |
| **Vista Estates LLC** | 602562999 | **902 66th Ave E. Tacoma, WA 98424** | **Property Development - no current activity** | **12/2005-present** |
| **Aegis International LLC** | xxxx5714 | **1406 6th Ave Kalispell, MT 59901-4137** | **Leasing and Flight Instruction** | |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                          ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **NW Regional Accounting Services 3700 Pacific Hwy. E, Suite 300 Tacoma, WA 98424** | **Over 30 years.** |

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November  7, 2013**                    Signature    **/s/ Patricia Louise Smithson**
                                                            **Patricia Louise Smithson**
                                                            Debtor


Date  **November  7, 2013**                    Signature    **/s/ Kenneth Lynden Smithson**
                                                            **Kenneth Lynden Smithson**
                                                            Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Washington

In re    **Patricia Louise Smithson**
       **Kenneth Lynden Smithson**
                    Debtor(s)

Case No.    **13-46375**

Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **300/hour** |
| Prior to the filing of this statement I have received | $ | **936.72** |
| Balance Due | $ | **TBD** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning;**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **November 7, 2013**

**/s/ Masafumi Iwama**
**Masafumi Iwama**
**Iwama Law Firm**
**333 5th Ave S.**
**Kent, WA 98032**
**253-520-7671  Fax: 253-520-7326**

---

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Western District of Washington

| | | | |
|---|---|---|---|
| In re | Patricia Louise Smithson<br>Kenneth Lynden Smithson | Case No. | **13-46375** |
| | Debtor(s) | Chapter | **11** |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Patricia Louise Smithson<br>Kenneth Lynden Smithson | X | **/s/ Patricia Louise Smithson** | **November 7, 2013** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) **13-46375** | X | **/s/ Kenneth Lynden Smithson** | **November 7, 2013** |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**United States Bankruptcy Court**

**Western District of Washington**

| | | | |
|---|---|---|---|
| In re | **Patricia Louise Smithson** | Case No. | **13-46375** |
| | **Kenneth Lynden Smithson** | | |
| | Debtor(s) | Chapter | **11** |

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: __**November  7, 2013**__     __/s/ Patricia Louise Smithson__
                                    **Patricia Louise Smithson**
                                    Signature of Debtor

Date: __**November  7, 2013**__     __/s/ Kenneth Lynden Smithson__
                                    **Kenneth Lynden Smithson**
                                    Signature of Debtor

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy